UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

---

M.N. and H.N., on behalf of J.N.,

                Plaintiffs,

   -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, REGION 9 (DISTRICT 2),

             Defendant.

No. 09 Civ. 0020 (RJS)
**ORDER**

---

RICHARD J. SULLIVAN, District Judge:

    The parties are hereby directed to appear for a conference with the Court on April 21,

2009 at 5:00 p.m.

SO ORDERED.

Dated:      March 24, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE